# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:07cr13 |
| | § | (Judge Crone) |
| DARRYL DEAN CAVAZOS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment for a term of twelve (12) months plus one (1) day to run consecutively to any sentence of imprisonment that the defendant is currently serving. The Court recommends that Defendant be housed in the USP Terre Haute, Indiana, facility for safety reasons.

SIGNED at Beaumont, Texas, this 9th day of June, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE